# United States Court of Appeals
## For the First Circuit

Nos. 12-1572
     12-2150

FIDELITY CO-OPERATIVE BANK, individually and as
assignee of MATTHEW KNOWLES and SONDRA KNOWLES,

Plaintiff, Appellant,

v.

NOVA CASUALTY COMPANY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 7, 2013, is amended
as follows:

On page 13, line 8: insert the word "to" between "due" and
"the terms"